ACISCLO VARGAS GONZÁLEZ, peticionario y apelante, *v.* GERARDO DELGADO, ALCAIDE DE LA PENITENCIARÍA ESTATAL, demandado y apelado.

Número 12322.

*Sometido:* 20 de marzo de 1958. *Resuelto:* 24 de marzo de 1958.

*Acisclo Vargas González,* por su propio derecho; *Hon. Secretario de Justicia J. B. Fernández Badillo, Arturo Estrella, Secretario de Justicia Auxiliar* y *Alfredo Archilla Guenard* y *William Fred Santiago, Fiscal* y *Fiscal Auxiliar del Tribunal Supremo,* respectivamente, abogados del apelado.

*PER CURIAM:* El peticionario fué convicto y sentenciado del delito de homicidio voluntario a cumplir una pena de uno a ocho años de presidio, por haber dado muerte a su esposa.

Estando cumpliendo la sentencia radicó un recurso de hábeas corpus alegando que no tuvo la debida asistencia de

abogado. Expedido el auto y visto el recurso en sus méritos el tribunal a quo lo declaró sin lugar. Apeló el peticionario, señalando los siguientes errores:

"Primer Error: Erró el Tribunal inferior al determinar que en el acto de su juicio el peticionario, tuvo una adecuada representación legal.

"Segundo Error: El Tribunal sentenciador apreció erróneamente la prueba."

El primer error no fué cometido. El juez que intervino en el recurso de hábeas corpus manifestó lo siguiente:

".     .     .     .     .     .     .     .

El caso era uno de asesinato en segundo grado y el Tribunal declaró al acusado culpable y convicto de homicidio voluntario, y a petición de la defensa refirió el caso al Oficial Probatorio para estudio e informe, y señaló el día 10 de febrero para imponer la sentencia. Por haberle sido adverso el informe del Oficial Probatorio se denegó la solicitud de sentencia probatoria, y el 13 de febrero de 1956 el Tribunal le impuso al acusado una pena indeterminada no menor de un año ni mayor de ocho años de presidio, con trabajos forzados y sin costas en el caso de homicidio voluntario, y en los casos de infracción a la Ley de Armas lo absolvió en uno de los 'counts' de la acusación y lo condenó en otro de los 'counts'. Entiende la Corte que este acusado tuvo un juicio imparcial y justo y que tuvo una debida asistencia de abogado. Fué defendido por uno de los abogados de más experiencia de este distrito, por lo que se declara sin lugar el recurso de hábeas corpus en este caso. Las partes quedan notificadas en corte abierta de esta resolución."

Después de estudiar la transcripción de la evidencia hemos quedado convencidos de que el juez sentenciador actuó correctamente al formular la anterior conclusión. *González v. Jones*, 79 D.P.R. 44.

El segundo error tampoco fué cometido. Nada hay en el récord que indique que el juez sentenciador apreciara erróneamente la prueba.

*Debe confirmarse la sentencia apelada.*